**No. 67512.**—Lipman's *v.* United States, protests 60/18408 and 60/18851 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

MARCH 14, 1963

**No. 67513.**—A. E. Coppersmith *v.* United States, protest 59/5940. C.D. 2381.  Plaintiff's application for rehearing denied.

BEFORE THE SECOND DIVISION, MARCH 19, 1963

**No. 67514.**—Corrigan Dispatch Company *v.* United States, protest 61/24769 (Laredo).

Opinion by RAO, J.  It was stipulated that only specified percentages of the merchandise have a staple of $1\frac{1}{8}$ inches or more in length, subject to the additional duty.  As to the remainder of the merchandise, the claim of the plaintiff was sustained.

**No. 67515.**—Spiegel Bros. Corp. *v.* United States, protest 62/11697 (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiff was sustained.